E-FILED
Tuesday, 11 January, 2005 02:35:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| THOMS PROESTLER COMPANY, an Iowa corporation, <br><br> Plaintiff <br><br> vs. <br><br> MARKETFOODS LTD, LLC, an Arkansas limited liability company, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 05-4002 <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
JAN 11 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

**COMPLAINT**
**(AND JURY DEMAND)**

NOW COMES the Plaintiff, THOMS PROESTLER COMPANY, an Iowa corporation ("TPC"), by and through its attorneys, Califf & Harper, P.C., and for its Complaint against the Defendant, MARKETFOODS LTD, LLC, an Arkansas limited liability company ("MarketFoods"), states as follows:

**Parties**

1. TPC is an Iowa corporation with its principal place of business located in the City of Rock Island, Rock Island County, Illinois.

2. TPC is a citizen of the State of Iowa.

3. TPC is a wholly owned subsidiary of Performance Food Group Company, a Tennessee corporation ("PFG").

4. PFG is a citizen of the State of Tennessee.

5. MarketFoods is an Arkansas limited liability company with its principal place of business located in Rogers, Arkansas.

6. MarketFoods is a citizen of the State of Arkansas.

## Jurisdiction

7.  Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1332(a), as the matter in controversy exceeds the sum or value of Seventy-Five Thousand and 00/100 Dollars ($75,000.00), and is between citizens of different states.

8.  Complete diversity exists between the parties.

## Forum Selection

9.  TPC and MarketFoods are parties to a contract, a copy of which is attached hereto as Exhibit A and incorporated by this reference ("Terms Agreement Contract").

10. In paragraph 7 of the section of the parties' Terms Agreement Contract entitled "***TERMS AGREEMENT***," the parties' Terms Agreement Contract contains a forum selection clause designating this Court as the proper forum for this action.

## Background

11. TPC and MarketFoods are parties to a written Terms Agreement Contract whereby TPC was to provide food products and/or other products to MarketFoods on open account.

12. From approximately August 24, 2004 through November 3, 2004, MarketFoods ordered various food products and merchandise from TPC, and TPC provided MarketFoods with such food products and merchandise and TPC invoiced MarketFoods for such products.

13. MarketFoods has failed to pay TPC and is in breach of the parties' Terms Agreement Contract.

14. TPC and MarketFoods are also signatories to a separate written contract, styled as "MarketFoods Purchasing Program" ("PP Contract"), a copy of which is attached hereto as Exhibit B and incorporated by this reference.

## COUNT I

### MarketFoods' Breach of Terms Agreement Contract

15 - 23.   TPC repeats and realleges paragraphs 1 - 6 and 11 - 13 of this Complaint as paragraphs 15 - 23 of Count I as though fully set forth herein.

24.   The outstanding balance due and owing TPC from MarketFoods on open account as of January 10, 2005 is $198,268.07, including accrued finance charges.

25.   Pursuant to the parties' written Terms Agreement Contract, TPC is entitled to finance charges on any balance due and owing at the rate of 18% per annum. Per diem interest is $95.55.

26.   TPC is also entitled to recover its attorney fees and costs, pursuant to the parties' written Terms Agreement Contract.

27.   Pursuant to the parties' written Terms Agreement Contract, TPC is further entitled to a liquidated damage award in an amount equal to the attorney fees incurred by TPC, with such liquidated damage award not to exceed fifty percent (50%) of the account balance.

### Prayer for Relief

WHEREFORE, based on the foregoing, the Plaintiff, THOMS PROESTLER COMPANY, requests a jury trial as to Count I and prays for a judgment against the Defendant, MARKETFOODS LTD, LLC, an Arkansas limited liability company, in the total dollar amount of One Hundred Ninety Eight Thousand Two Hundred Sixty-Eight and 07/100 Dollars ($198,268.07), together with applicable finance charges from January 10, 2005, attorney fees and costs, liquidated damages and such other and further relief as this Court deems just and appropriate under the circumstances.

## COUNT II

### MarketFoods' Breach of PP Contract

28 - 34.	TPC repeats and realleges paragraphs 1 - 6 and 14 of this Complaint as paragraphs 28 - 34 of Count II as though fully set forth herein.

35.	Pursuant to the PP Contract, in particular Section II, TPC agreed to inventory certain product exclusively for MarketFoods.

36.	TPC did in fact inventory product exclusively for MarketFoods.

37.	Pursuant to the PP Contract, MarketFoods is required to take delivery of such product and compensate TPC for such product pursuant to the PP Contract.

38.	MarketFoods failed to take delivery of certain product and compensate TPC and is in breach of the PP Contract.

39.	Pursuant to the parties' written PP Contract, TPC is entitled to finance charges on any balance due and owing at the rate of 18% per annum.

### Prayer for Relief

WHEREFORE, based on the foregoing, the Plaintiff, THOMS PROESTLER COMPANY, requests a jury trial as to Count II and prays for a judgment against the Defendant, MARKETFOODS LTD, LLC, an Arkansas limited liability company, in an amount equal to the exclusive inventory maintained by TPC for MarketFoods, and for which TPC has not been compensated, together with applicable finance charges and such other and further relief as this Court deems just and appropriate under the circumstances.

Respectfully submitted,

THOMS PROESTLER COMPANY, Plaintiff

/s/ James S. Zmuda

---

James S. Zmuda IL Bar #6202119
Attorney for Plaintiff
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:   (309) 764-8361
Facsimile:   (309) 764-8394
E-mail:      jzmuda@califf.com



**Thoms Proestler Company**

8001 TPC Road, P.O. Box 7210
Rock Island, IL 61204-7210
Phone (800) 747-1234
Fax (309) 787-9647

Check out our Internet site at www.tpcinfo.com

Your TPC Foodservice Consultant _____ Sales Code _____

# Credit Application

The information in this application and in all other information submitted in connection herewith is for the purpose of obtaining credit and i represented by applicant and guarantor(s) to be complete, true, and correct. Applicant also authorizes Thoms-Proestler Company to verify cred it references and investigate all other matters pertaining to the creditworthiness of applicant, principals, and/or guarantors. Including the use o a non-business consumer credit report in order to evaluate the credit worthiness of the undersigned as principal(s), proprietors(s), and/or guar antor(s) in connection with the extension of business credit as contemplated by this credit application.

### BILL TO ADDRESS

LEGAL NAME OF FIRM: Market Foods Limited, LLC
DOING BUSINESS AS: Blue Angels Expresso Cafe
MAILING ADDRESS: 5417 Pinnacle Point Drive Suite 501
CITY: Rogers  STATE: AR  ZIP: 72758
PHONE: 479-█████  FAX: 479-█████  SOC. SEC/FED TAX ID #: █████
ACCOUNTS PAYABLE CONTACT PERSON: Karen Buth  EMAIL: K.buth@retailstrat.c

BUSINESS OWNERSHIP:
☐ PROPRIETORSHIP  ☐ PARTNERSHIP  ☐ CORPORATION (State of Inc _____)
☑ LIMITED LIABILITY CORP (LLC) (State of Inc Ark)  ☐ NON-PROFIT

FRANCHISE OF _____
HOW LONG IN BUSINESS UNDER CURRENT OWNERSHIP? 3 YEARS 4 MONTHS

### SHIP TO ADDRESS (Complete if different than BILL TO ADDRESS)

BUSINESS NAME: _____
STREET ADDRESS: 5415 Pinnacle Point Drive
CITY: Rogers  STATE: AR  ZIP: 72758
PHONE: (479) █████  CONTACT PERSON: Kevin Baggs  EMAIL: None

LOCATION IS: ☐ OWNED—Name of Mortgage Holder _____
☑ RENTED—Landlord Name: Pinnacle Properties  Phone _____

Do you require a purchase order number on all orders and invoices? ☑ NO  ☐ YES
Do you want us to send you a statement of account? ☐ NO  ☑ YES  Frequency? ☐ WEEKLY  ☑ MONTHLY
*Send statement to accounting address
Is there any other information needed on our invoice(s) to help you process our invoice for payment? If so, explain _____

EXHIBIT A

# MULTI-JURISDICTION
## SALES TAX EXEMPTION CERTIFICATE

*See attached*

| ISSUED TO | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| Thoms-Proestler Company | 8001 TPC Road, P.O. Box 7210 | Rock Island | IL | 61204-7210 |

I certify that applicant is engaged as a registered:
☐ Wholesaler ☐ Retailer ☐ Manufacturer ☐ Lessor ☐ Other _____

And is registered with the below listed states and cities which your firm would deliver purchases to us and that any such purchases are for wholesale, resale, ingredients or components of a new product to be resold, leased, or rented in the normal course of business. We are in the business of wholesaling, retailing, manufacturing, leasing, or renting.

Description of Business:

| State | State Registration or ID # | State | State Registration or ID # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I further certify that if any property so purchased tax free is used or consumed by the firm as to make it subject to a Sales or Use Tax we will pay the tax direct to the proper taxing authority when state law so provides or inform the seller for added tax billing. This certificate shall be part of each order which we may hereafter give to you, unless otherwise specified, and shall be valid until canceled by us in writing or revoked by the city or state.

General description of products to be purchased from the seller:

I swear or affirm that the information on this form is true and correct as to every material matter.

| Authorized Signature | Title | Date |
|---|---|---|
| | | |

## FOR TPC USE ONLY

**Tax Code**
☐ No Tax
☐ Tax All Items
☐ Taxable Items Only

**Market Code**
☐ Institutional
☐ Retail

**Special Flyers**
☐ Yes
☐ No

Business Closed On

Price Code

Rank

Market Segment

| | Business Hours | |
|---|---|---|
| | FROM | TO |
| Monday | | |
| Tuesday | | |
| Wednesday | | |
| Thursday | | |
| Friday | | |
| Saturday | | |
| Sunday | | |

| Payment Terms | Customer Type | Customer # | Preferred Delivery Hou |
|---|---|---|---|
| | | | TO |
| FSC Name | Contract # | Terms Ok'd | No Delivery Hours |
| Sales Code | Master Unit | Credit Analyst | TO |

## TERMS AGREEMENT

The undersigned ("Applicant") agrees that all purchases made by Applicant from Thoms-Proestler Company or any of its subsidiaries and affiliated entities ("TPC") are subject to the following terms and conditions.

1. All amounts due to TPC for goods and services purchased from TPC are payable to TPC's Rock Island address on page 1 of this application Applicant acknowledges that such amounts are not payable in installments, but are payable in full as stated herein.
2. All amounts due TPC are payable in accordance with the payment terms granted by TPC's credit department. If any amount due TPC is not paid in accordance with such payment terms, a delinquency charge shall be added to the sum due. Said charge shall equal the amount obtained by multiplying the delinquent balance by the lessor of (a) one and one-half percent (1-1/2%) per month or (b) the maximum lawful rate permitted under the applicable state's law.
3. Applicant shall pay TPC a service charge as determined by TPC for all checks returned by Applicant's bank; provided, however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.
4. In the event the account is turned over to an attorney or other agency for collection, or suit is brought on same, or the same is collected through any judicial proceeding whatsoever, Applicant agrees to pay TPC all fees and costs associated with the collection of amounts Applicant owes TPC, including but not limited to, reasonable attorney's fees, court costs, and as liquidated damages, the amount charged by an attorney or a collection agency for its collection services in an amount not to exceed 50% of the account balance.
5. Applicant shall notify TPC by certified mail of any change of ownership of Applicant. Applicant warrants to TPC that all financial information furnished for the purpose of obtaining credit is true, correct and complete in all material respects and Applicant authorizes TPC to investigate all references furnished pertaining to the credit and financial responsibility of Applicant, its Principals, Proprietors, and/or Guarantor(s).
6. The Applicant grants a security interest to TPC in any and all products sold to the Applicant by TPC to secure any unpaid debts of the Applicant to TPC. The Applicant agrees to execute any documents requested by TPC that are necessary to perfect TPC's security interest.
7. The terms of this Agreement are governed by the laws of the State of Illinois and the parties accept and submit to the jurisdiction of the District Court in Rock Island, Illinois as having proper jurisdiction for any suit brought to enforce the terms of this Agreement.

Signature _Karen Buth_
Witness

_Karen Buth_
Printed Name

Business Name _Market Foods_

Authorized Signature _Richard H. Donckers_

Printed Name _RICHARD H. DONCKERS_

Title _PRESIDENT_

## INDIVIDUAL PERSONAL GUARANTY

To induce Thoms-Proestler Company to sell merchandise on open account to applicant, the undersigned jointly and severally unconditionally guaranty the prompt payment and performance when due of any indebtedness or obligation owed by applicant to Thoms-Proestler Company. The "Terms Agreement" cited in this application is incorporated into this guaranty and I (we) agree to be bound by the terms set forth therein.

I (we) do sign this guaranty as an individual and not in any representative capacity. This guaranty shall continue in full force and effect until such time as undersigned gives written notice of revocation by registered mail to Credit Manager of Thoms-Proestler Company at address on page 1 of application. Such notice of revocation shall not be valid until 10 days after receipt of notice and ineffective as to any indebtedness incurred up to that point.

The undersigned waives all diligence of Thoms-Proestler Company in the collection of any indebtedness, notice of any extensions of credit, presentment, demand, protest or notice of non-payment of indebtedness of applicant; notice of default by applicant, notice to, or making any claim or demand hereunder upon guarantor; all defenses, offsets and counterclaims of guarantor or debtor.

Guarantor(s) authorize TPC to obtain a consumer credit report on themselves.

Date of Signature(s) _____

Guarantor's Signature _____   Witness _____

Social Security # _____   Date of Birth _____

Guarantor's Signature _____   Witness _____

Social Security # _____   Date of Birth _____

Sep 30 2003 12:05PM RSI Inc./Market Foods Lim 4792717708 p.4
SEP-25-2003 THU 09:01 AM THOMS PROESTLER FAX NO. 7083543374 P. 04

## NAMES OF OWNERS, PARTNERS OR OFFICERS

NAME *See attached* ☐ Proprietor ☐ Partner ☐ Owner/Officer

HOME ADDRESS _____ EMAIL _____

CITY _____ STATE _____ ZIP _____ HOME PHONE _____

NAME _____ ☐ Proprietor ☐ Partner ☐ Owner/Officer

HOME ADDRESS _____ EMAIL _____

CITY _____ STATE _____ ZIP _____ HOME PHONE _____

NAME _____ ☐ Proprietor ☐ Partner ☐ Owner/Officer

HOME ADDRESS _____ EMAIL _____

CITY _____ STATE _____ ZIP _____ HOME PHONE _____

Additional owners or partners with more than 5% interest should be submitted on separate sheet and included herwith.

Please list any related companies that the above individuals are owners/partners/officers. If none, check this box. ☐

BUSINESS NAME _____ CITY _____ STATE _____

BUSINESS NAME _____ CITY _____ STATE _____

BUSINESS NAME _____ CITY _____ STATE _____

## BANK REFERENCE

NAME OF BANK _____ PHONE _____

ADDRESS _____ CITY _____ STATE _____ ZIP _____

CHECKING # _____ LOAN # _____ SAVINGS # _____

If you have a loan with this bank, name of Loan Officer _____

## TRADE REFERENCES (Minimum of three trade suppliers—preferably food distributors)

1. _____ _____ _____
   Supplier's Name          Account #               Area Code + Phone #

2. _____ _____ _____
   Supplier's Name          Account #               Area Code + Phone #

3. _____ _____ _____
   Supplier's Name          Account #               Area Code + Phone #

4. _____ _____ _____
   Supplier's Name          Account #               Area Code + Phone #

5. _____ _____ _____
   Supplier's Name          Account #               Area Code + Phone #

We thank you for taking time out of your schedule to complete and sign this application.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any rights under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission.

*Final*

# MARKET FOODS



**WENDELL H. STEVENS**
CONTROLLER

479.271.0277

5417 PINNACLE POINT DRIVE, SUITE 501
ROGERS, ARKANSAS 72758
fax 479.271.7708
wendell@retailstrat.com





THOMS PROESTLER, PFG

**EXHIBIT B**



# *MARKET FOODS*

*Purchasing Program*
*From*
*Quality PFG, Little Rock, Arkansas*
*and*
*Thoms Proestler PFG, Chicago, Il.*

## I. Appointment as Master Distributor

### A. Agreement
This Master Distribution Agreement is between **Market Foods** and Quality **PFG and Thoms Proestler (TPC) PFG.**

### B. Full Line Distributor
'Full Line' is intended to mean "Primary Distributor" of a full line of products as described below, which have been authorized by **Market Foods.** PFG obligations and all payment, delivery, and pricing terms thereunder are subject to the condition that **Market Foods purchases** a minimum of Ninety percent (90%) of those product categories which PFG is able to supply. The spirit of the partnership is that **Market Foods will** do their best to concentrate all items possible with the "Primary Distributor." PFG request a thirty (30) business day transition period to assure adequate inventory prior to starting Master Distributor Agreement.

### C. Average order size
This agreement, service, pricing, and other considerations are based on an average drop size of 100 cases, accumulative.

### D. Special Contract Items
Under this agreement, PFG will provide storage, delivery and assume ownership for all special contracted items. To insure proper handling and delivery of contracted items it will require that all purchasing, ordering and receiving schedules of these items be coordinated through the Purchasing Departments of PFG.



## II. Products

A. The product categories shall include, but not limited to, the following:  ? regarding Kitchen &

1) Refrigerated foods/dairy
2) Frozen beef, seafood and poultry
3) Frozen foods
4) Canned and Dry inventory
5) Paper and Plastics (Disposable)
6) Chemicals and Janitorial Supplies
7) Equipment and supplies (small wares)
8) Fresh produce
9) Dispenser beverages
10) Special Contracted Items
11) Fresh Box (Beef, Pork, Exotic Meats)
12) Fresh Poultry
13) Shortening & Oils

B. The nature of this program is that **Market Food's** product line can be supplied out of existing products currently stocked by PFG. If **Market Foods feels** that its needs cannot be met with existing inventory, the following guidelines will apply to any new products brought into stock exclusively for **Market Foods.**

1) Product must meet a minimum of five (5) cases per month movement per location. (Products for testing are excluded & Specialty Items agreed upon in advance)

2) Any product specifically purchased for **Market Foods** locations that experiences no movement for a thirty (30) business day period shall be purchased on the next order by said **Market Foods** location. Dated products will be shipped to the designated location within 90 days from dated received into the warehouses.

3) In event this purchase agreement is canceled, **Market Foods location** will remain liable for products purchased at their direction. All such product, if perishable, shall be removed from PFG inventory within seven (7) business days, all frozen and dry product within thirty (30) business days.

4) Normally, a minimum of thirty (30) business days will be required to bring in any new item as requested by **Market Foods.**

5) As the Master Distributor, to better service **Market Foods location** it is requested that **Market Foods** notify PFG three (3) weeks in advance of any special activities that may cause unusual or excessive product movement. (Increases or decreases). This will allow time to assure ample supply.

6) PFG will utilize its resources to assist **Market Foods as** appropriate to resolve any inventory problems.

7) Opening of new locations, PFG will contact manufactures for a free fill of one case of product purchased from PFG on their opening order.



## III. Order / Delivery Procedures

PFG will provide the capabilities of providing the following variety of order placement: Local Sales Rep, Direct Order Enter (computer to computer), Fax/e-mail, and/or (Inside Sales) (scheduled call times)

A. Necessary software and training for direct order input will be provided by Quality PFG to **Market Foods** location.

B. A customized orderguide will be provided to **Market Foods** locations to facilitate order placement. Orderguides may be printed when needed on a direct ordering system.

C. A complete set of instructions and on site training will be provided for our Direct Order Entry programs. Order transmission cut off time is 4:00 p.m. Direct ordering systems must be up dated at least once daily to assure accurate pricing and inventory levels.

D. Delivery will be made on multi-temperature three (3) compartment climate controlled trucks up to five (5) times weekly. In case of emergencies or out-of-stocks PFG will deliver the specific products on the <u>next available delivery day</u> to **Market Foods** locations.

E. **Market Foods** locations and PFG will mutually agree on pre-scheduled delivery days/times. PFG will notify in advance, any changes to this delivery schedule. PFG will honor **Market Food's delivery** windows. (See attached Schedule 'B' for proposed delivery days).

F. Off day deliveries will be limited to Holiday emergency situations only. The holidays observed by Quality PFG are; **Thanksgiving, Christmas, & New Years Day.**

G. Orders (in most cases) must be placed before 4:00 p.m. the day before delivery. Orders must be transmitted and confirmed before 4:30 p.m. Central Standard Time.

H. An Inside Sales Representative will also be assigned to **Market Foods.**

I. <u>Sue Lee</u>, District Manager, will be **Market Foods Account** Administer for all decisions, information, and business practices concerning this business relationship with PFG and **Market Foods.** An active Territory Manager will be assigned to **Market Foods locations** and will be communicating all pertinent information to the proper management personnel within PFG on a daily basis or as needed. Specific duties include but not limited to be (Order placement, servicing account, sampling new products, Schedule broker & manufacture appointments, tracking manufacture & broker coupons, SPS training, communicating market trends & Special offers (pricing), and delivery schedule up-dates).



## V. Service Level

A. PFG Commits to a 98% Plus service level and is committed to obtaining, securing, and stocking products to meet **Market Foods** location needs and to continually provide the highest possible service while performing as primary Food Distributor.

B. In cases of "Acts of God" (tornadoes, hurricanes, floods, etc.) PFG will provide the use of tracker trailers for **Market Foods use** during such times at no cost for the maximum time of five (5) days. After such time the charge will be $125.00 per day. At times of use **Market Foods will** be responsible for fueling and maintenance up keep of PFG equipment. PFG will provide necessary training for maintenance up keep during these times of "Acts of God". PFG will require a "Hold Harmless" agreement to be signed relieving PFG from any/all liabilities.

## VI. Invoicing / Terms

A. **Invoice**
PFG will provide a priced and extended original invoice and copy with each delivery.

B. **Credit Terms**
Thirty-day (30) terms from invoice will be extended to **Market Foods** (With approved credit application). Terms will be extended on new locations for 60 days from date of invoice. After 60 days, terms revert back to the original terms of contract. All statements are to be mailed to RSI, 5417 Pinnacle Point Drive, Suite 501, Rogers, Ar 72758 for payment.
All rebate programs are subject to credit terms.

*Rich 10-21-03*

C. **Late Charge**
The outstanding balance past due on the purchaser's account shall bear interest from the due date until paid at the rate of 1 ½% per month (18% per annum), unless such rate exceeds the maximum legal rate permitted under the laws of the applicable state., in which case interest shall accrue at the maximum legal rate permitted under the laws of the applicable state.

D. **Returns**
PFG drivers are authorized to issue credit upon delivery for items incorrectly shipped, damaged or ordered in error and advised at the time of delivery. **Market Foods** may return a "**non-special order**" items for full credit if:

1) Ordered in error and vendor is notified within forty-eight (48) hours, except for fresh produce and fresh meats.
2) Shipped in error by PFG.
3) Received in a damaged condition. Concealed damaged if notified within forty eight (48) hours.

E. **Rebates/Contract Items**

1) PFG will use its resources (manufactures, brokers, and buying expertise) to secure Contract pricing (where applicable) for high volume items for **Market Foods**. Contract pricing will be prorated off each invoice. Contracted items will be determined in writing from each manufacture.



Market Foods reserves the right to receive rebate allowances when available. PFG will be responsible for providing velocity reports where applicable to such manufactures for payments to Market Foods.

2) PFG will provide one (1) major food show each year for Market Foods to assist in contracting high volume items.

3) A volume dollar base rebating program for Market Foods is as follows:

| | |
|---|---|
| 1% | $500,000-$999,999 |
| 1 ¼% | $1,000,000 – 2,000,000 |
| 1 ½% | $2,000,000 – 3,000,000 |
| 1/3/4% | $4,000,000 – 5,000,000 |
| 2% | $6,000,000 - $7,000,000 |
| 2 ¼% | $8,000,000 - $9,000,000 |
| 2/1/2% | $10,000,000 - $11,000,000 |
| 2/3/4% | $12,000,000 - $13,000,000 |
| 3% | $14,000,000 - $15,000,000 |

*Rich 10-21-03*

All fresh chicken and fresh beef is excluded from the rebate program.
Rebate will be paid yearly based on volume from Quality PFG and Thoms Proestler, PFG.

## VII. Pricing

### A. Cost

Prices quoted by PFG will be based on the landed distribution center costs with Quality Foods as the cost center. Landed cost is defined as the manufactures (supplier or packer) F.O.B. unit price plus freight to distribution center, less any applicable off invoice promotional allowances. This structure also applies to all special contracted items. Cash discounts and certain marketing allowances are retained by PFG and will be the same on like items from PFG with the exception of freight variances.

### B. Structure

The pricing structure is based on The Market's commitment of ninety (90%) percent of their purchasing volume for those items stocked by PFG and an order size average of 100 cases, accumulative.

1) Program is based on the attached percentage margin of mark up. (see attached scheduled 'A')

2) Less case items will be upcharged 10% above full case pricing schedule. (Excluding spices)

3) Market Foods may audit PFG for true cost structure quarterly.

### C. Guarantee

Thirty- (30) day pricing will be given on all items with the exception of Fresh Produce, Dairy/Eggs, Fresh Meats, Fresh Seafood and Oil Based Products. From time to time extreme market conditions ("Acts of God") may require adjustment to Thirty (30) day pricing.

## VIII. Reports

The following reports will be provided monthly or as requested by The Market locations.
A. Order inventory control forms
B. Descending dollar purchases by individual account and total summary
C. Purchases by vendor recap

**Quality PFG**

## VIII. Reports

The following reports will be provided monthly or as requested by **The Market locations.**
A. Order inventory control forms
B. Descending dollar purchases by individual account and total summary
C. Purchases by vendor recap
D. Service level reports
E. Product usage tracking reports

## IX. Terms of agreement

A. This agreement may be canceled by either party with a thirty (30) business day written notice to the other Party. This agreement is for three (3) years and will continue indefinitely (referred to as the "Evergreen Clause") starting at the said date below and will be reviewed semiannually.

B. Amendments to the mark up schedule must be mutually agreed upon by **PFG** and **The Market**.

C. This agreement will be in effect for (2) two years commencing ___9/1___ 2003 and terminating ___9/1___ 2005.

A one year extension will be considered if mutually agreed by both parties.

## X. Agreement between PFG and The Market

Accepted for:
The Market at Pinnacle Point
The Market at Kings Point
The Market at Glentown Center
Blue Angels Expresso Cafe

_[signature]_

_Marle Nanius_
Director of Merchandise

Date: 10-22-03

_[signature]_
Witness

Accepted for:
Quality PFG – Little Rock, Arkansas
Thoms–Proestler–PFG–Chicago, IL

_[signature]_
Quality PFG

_[signature]_
Thoms-Proestler-PFG

Date: 10-25-03

_[signature]_
Witness

SCHEDULE 'A'

# MARKET FOODS

| CATEGORY | PERCENTAGE OF MARK-UP |
|---|---|
| FRESH POULTRY (BASED OFF GEORGIA DOCK) | .06 LB. |
| FRESH BOX (BEEF, PORK, SPECIALITY) MEATS | .03 lb |
| REFRIGERATED FOODS/ DAIRY PRODUCTS | 10.00% |
| BAKERY | 10.00% |
| FROZEN FOODS | 10.00% |
| CANNED & DRY GROCERIES | 10.00% |
| PAPER & DISPOSABLE | 10.00% |
| BEVERAGES | 10.00% |
| SHORTENING & OIL | 10.00% |
| CHEMICAL & JANITORAL | 10.00% |
| EQUIPMENT & SUPPLIES | 10.00% |
| FRESH PRODUCE | 10.00% |
| FROZEN BEEF, SEAFOOD AND POULTRY | 10.00% |
| SPECIAL CONTRACT ITEMS | varies with category |

Quality PFG

**THOMS PROESTLER- PFG**