UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| THOMS PROESTLER COMPANY, an Iowa corporation, | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Case No. 05 4002 |
| MARKETFOODS LTD, LLC, an Arkansas limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

FILED
JAN 1 ⁁ 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

## CERTIFICATE OF INTEREST

The undersigned, James S. Zmuda of Califf & Harper, P.C., counsel of record for the Plaintiff, THOMS PROESTLER COMPANY, an Iowa corporation ("TPC"), furnishes the following in compliance with Local Rule 11.3 of this Court:

1. The undersigned attorneys represents TPC, Plaintiff in this case.

2. TPC is an Iowa corporation:

    (a) TPC's parent corporation: TPC is a wholly owned subsidiary of Performance Food Group Company, a Tennessee corporation ("PFG").

    (b) TPC's corporate stockholder which are publicly held companies owning ten percent (10%) or more of the stock of TPC: PFG.

3. TPC is represented by Califf & Harper, P.C. and the attorneys who are expected to appear are:

>James S. Zmuda
>Arthur W. Eggers

Dated this 11th day of January, 2005.

>THOMS PROESTLER COMPANY, Plaintiff
>
>/s/ James S. Zmuda
>_____
>James S. Zmuda IL Bar #6202119
>Attorney for Plaintiff
>Califf & Harper, P.C.
>506 15th Street, Suite 600
>Moline, Illinois 61265
>Telephone:   (309) 764-8361
>Facsimile:   (309) 764-8394
>E-mail:      jzmuda@califf.com

jsz.pldg.1769

2