**E-FILED**
Tuesday, 11 January, 2005 02:43:06 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

THOMS PROESTLER COMPANY, an Iowa
corporation, Plaintiff

## SUMMONS IN A CIVIL ACTION

V.

MARKETFOODS, LTD., LLC, an Arkansas
limited liability company, Defendant

CASE NUMBER:

05-4002

TO: (Name and address of Defendant)

> MARKETFOODS, LTD., LLC, an Arkansas limited liability company,
> Defendant,
> Registered Agent: H. Collins Hayes
> Registered Address: 222 South First Street, Rogers, Arkansas 72756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> JAMES S. ZMUDA, CALIFF & HARPER, P.C.,
> 506 - 15th Street, Suite 600
> Moline, IL 61265

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/John M. Waters                          1/11/05

CLERK                                     DATE

S/Denise Koester

(By) DEPUTY CLERK