E-FILED
Wednesday, 19 January, 2005 02:53:26 PM
Clerk, U.S. District Court, ILCD

**In The United States District Court**
**Central District of Illinois**

**Plaintiff:**

THOMS PROESTLER COMPANY

Case No. 05-4002

**Defendant:**

MARKETFOODS, LTD.,LCC.

# RETURN OF SERVICE

I, David T. Lowe, BPS 2002-17, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above captioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**For:** James S. Zmuda, attorney for the plaintiff.

**Document(s):** Summons, Complaint and supporting documents.

**Serve To:** H. Collins Haynes, Registered Agent for Marketfoods, Ltd.

**Date Served:** 01/18/2005 **Time Served:** 10:00 A.M.

**Method of Service:** Individual

**Person Served:** H. Collins Haynes

**Address:** Served at 5507 Walsh Dr, Suite 202,Rogers, AR. 70756

**Military Status:** N/A

**I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.**

[signature] Executed On 19 Jan '05

David T. Lowe
BPS 2002-17
Centurion Security Company

SUBSCRIBED AND SWORN TO BEFORE ME THIS 19th DAY OF January 2005

MY COMMISSION EXPIRES: 6/4/07 Joyce M. Refshauge
NOTARY

OFFICIAL SEAL
JOYCE M. REFSHAUGE
Notary Public . Arkansas
Benton County
My Commission Expires 06.04.07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Central___  District of  ___Illinois___

THOMS PROESTLER COMPANY, an Iowa corporation, Plaintiff

V.

MARKETFOODS, LTD., LLC, an Arkansas limited liability company, Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-4002

TO: (Name and address of Defendant)

MARKETFOODS, LTD., LLC, an Arkansas limited liability company,
Defendant,
Registered Agent: H. Collins Hayes
Registered Address: 222 South First Street, Rogers, Arkansas 72756

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JAMES S. ZMUDA, CALIFF & HARPER, P.C.,
506 - 15th Street, Suite 600
Moline, IL 61265

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/John M. Waters                                1/11/05

CLERK                                           DATE

S/Denise Koester

(By) DEPUTY CLERK