UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| THOMS PROESTLER COMPANY, an Iowa corporation, | )<br>)<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | ) Case No. 4:05-cv-04002<br>) |
| MARKETFOODS LTD, LLC, an Arkansas limited liability company, | )<br>)<br>) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, THOMS PROESTLER COMPANY, an Iowa corporation, by and through its attorneys, Califf & Harper, P.C., prior to service of a responsive pleading by the Defendant, and hereby dismisses its action against the Defendant, MARKETFOODS LTD., LLC, an Arkansas limited liability company, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

THOMS PROESTLER COMPANY, Plaintiff

/s/ James S. Zmuda
_____
James S. Zmuda IL Bar #6202119
Attorney for Plaintiff
Califf & Harper, P.C.
506 15th Street, Suite 600
Moline, Illinois 61265
Telephone:    (309) 764-8361
Facsimile:    (309) 764-8394
E-mail:    jzmuda@califf.com

jsz/pldg/1807